UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SANDRA URIBE,

                        Plaintiff,

-against-

ELAHI LLC d/b/a WISE DRUGS, and ADNAN SHAHID,

                        Defendants.
-----------------------------------------------------------------X

**Case No.: 1:24-cv-7182 (CLP)**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       February 13, 2025

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Elahi LLC d/b/a Wise Drugs and*
*Adnan Shahid*

**VIA ECF**
Law Offices of Colin Mulholland
<u>Attn</u>: Colin Mulholland, Esq.
3636 33rd Street, Suite 308
Astoria, NY 11106-
cmulhollandesq@gmail.com

*Attorneys for Plaintiff*
*Sandra Uribe*