# Emanuel Kataev, Esq., P.C.
**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

February 13, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Cheryl L. Pollak, U.S.M.J..
225 Cadman Plaza East
Brooklyn, NY 11201-1804

      *Re:*    **Uribe v. Elahi LLC,** *et ano.*
              **Case No.: 1:24-cv-7182 (CLP)**
              <u>**Letter Motion for Extension of Time**</u>

Dear Judge Pollak:

      This office represents the Defendants in the above-referenced case. Defendants write to respectfully request a two (2) week extension of time to submit the status report required by this Court's January 14, 2025 status report Order. The reason for this request is because your undersigned just entered his notice of appearance and is flying out of the state today. Defendants expect to file a waiver of service today but needs more time to coordinate with Plaintiff concerning the requirements of the status report Order. Defendants asked whether Plaintiff consents to this request for an extension of time earlier today but did not hear back. Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
       February 13, 2025                     Respectfully submitted,

                                             **SAGE LEGAL LLC**

                                             */s/ Emanuel Kataev, Esq.*
                                             Emanuel Kataev, Esq.
                                             18211 Jamaica Avenue
                                             Jamaica, NY 11423-2327
                                             (718) 412-2421 (office)
                                             (917) 807-7819 (cellular)
                                             (718) 489-4155 (facsimile)
                                             emanuel@sagelegal.nyc

                                             *Attorneys for Defendants*
                                             *Elahi LLC d/b/a Wise Drugs*
                                             *and Adnan Shahid*

<u>**VIA ECF**</u>
All counsel of record