# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                                        Telephone: (347) 687-2019
Suite 308                                                                  cmulhollandesq@gmail.com
Astoria, NY 11106

February 28, 2025

Honorable Cheryl L. Pollak
United States Chief Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

         Re: Uribe v. Elahi LLC et al.  **24-cv-07182** (CLP)

Your Honor,

     Plaintiff effectuated service in November 2025 on each of the Defendants and the Defendants have appeared with counsel.

     Plaintiff would respectfully request an initial conference at the Court's convienence.

                              Respectfully Submitted,

                              /s/ Colin Mulholland, Esq.