# Emanuel Kataev, Esq., P.C.

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 15, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

   *Re:* **Uribe v. Elahi LLC,** *et ano.*
     **Case No.: 1:24-cv-7182 (CLP)**
     <u>**Letter Motion for Extension of Time**</u>

Dear Judge Gonzalez:

  This office represents the Defendants in the above-referenced case. Defendants write to respectfully request an extension of time of one (1) week to submit opposition to Plaintiff's motion to compel. Consistent with ¶ 1(C)(2) of this Court's Individual Practices, Defendants respectfully submit that: (a) the original deadline falls on today's date, July 15, 2025; (b-c) there have been no previous requests for an extension of time; (d) for the reasons set forth below, Defendants were unable to ascertain whether Plaintiff consents; (e) the other dates previously scheduled consist of July 21, 2025 for the completion of fact discovery; and (f) the grounds for the requested extension are that your undersigned has been mired in preparation for a continued evidentiary hearing before the Hon. Lewis J. Liman, U.S.D.J. on an emergency Order to show cause in <u>Legacy Restoration, LLC v. Barajas</u>, Case No.: 1:25-cv-5319 (LJL) (OTW) continuing tomorrow at 10:00 AM.

  Based on the foregoing, Defendants respectfully submit that sufficient good cause and excusable neglect exists for an extension of time to respond to the Plaintiff's motion to compel. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B). Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
    July 15, 2025         Respectfully submitted,
                  **SAGE LEGAL LLC**
                  */s/ Emanuel Kataev, Esq.*
                  Emanuel Kataev, Esq.
                  18211 Jamaica Avenue
                  Jamaica, NY 11423-2327
                  (718) 412-2421 (office)
                  (917) 807-7819 (cellular)
                  (718) 489-4155 (facsimile)
                  emanuel@sagelegal.nyc
                  *Attorneys for Defendants*
                  *Elahi LLC d/b/a Wise Drugs*
**VIA ECF**             *and Adnan Shahid*
All counsel of record