# <u>Emanuel Kataev, Esq., P.C.</u>

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 25, 2025

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

      *Re:*    Uribe v. Elahi LLC, *et ano.*
              Case No.: 1:24-cv-7182 (HG)
              <u>**Defendants' Status Report on Discovery**</u>

Dear Judge Gonzalez:

      This office represents the Defendants in the above-referenced case. Defendants respectfully submit this letter as a status report on discovery.

      Defendants compiled responsive documents in their possession, custody, and control, and made their first production of documents bearing Bates stamps D1-D138 today.

      Defendants respectfully seek direction from the Court on their anticipated motion to dismiss for failure to state a claim, and are pleased to report that the parties have selected Mediator Robert Kheel, Esq. to mediate this case. The parties are currently working on scheduling a mediation date.

      Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
       July 25, 2025

                                          Respectfully submitted,
                                          **SAGE LEGAL LLC**
                                          <u>  */s/ Emanuel Kataev, Esq.*       </u>
                                          Emanuel Kataev, Esq.
                                          18211 Jamaica Avenue
                                          Jamaica, NY 11423-2327
                                          (718) 412-2421 (office)
                                          (917) 807-7819 (cellular)
                                          (718) 489-4155 (facsimile)
                                          emanuel@sagelegal.nyc

                                          *Attorneys for Defendants*
                                          *Elahi LLC d/b/a Wise Drugs*
                                          *and Adnan Shahid*

<u>**VIA ECF**</u>
All counsel of record