# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 19, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

      *Re:*    Uribe v. Elahi LLC, *et ano.*
                Case No.: 1:24-cv-7182 (HG)
                **<u>Joint Letter Motion for Extension of Time *nunc pro tunc*</u>**

Dear Judge Gonzalez:

      This office represents the Defendants in the above-referenced case. Defendants write jointly with the Plaintiff to respectfully request an extension of time until November 19, 2025, *nunc pro tunc*, to complete mediation as required by this Court's September 3, 2025 Order. The reason for this request is because the mediator was only available[1] on November 19, 2025.

      Pursuant to ¶ I(C)(2) of this Court's Individual Practices, the parties respectfully submit that:

      (a) the original date the parties were required to select a mediator was by September 17, 2025[2] and to complete mediation was on October 17, 2025;

      (b-c) there have been no previous requests for an extension of the deadline to complete mediation;

      (d) this is a joint motion and the adversary thus consents;

      (e) there are no other dates or conferences previously scheduled with the Court, and the parties will submit a suggested modified schedule, in the event the mediation is unsuccessful, which the parties will provide a status report about within seven (7) days; and

      (f) the grounds for the extension are set forth above.

      Defendants thank this Court for its time and attention to this case.

---

[1] The parties previously had a mediation scheduled but had to adjourn due to Plaintiff's unavailability.

[2] The parties timely met this deadline as they selected a mediator on July 22, 2025.

Dated: Jamaica, New York
      November 19, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Elahi LLC d/b/a Wise Drugs*
*and Adnan Shahid*

**VIA ECF**
Colin Mulholland, Esq.
3636 33rd Street, Suite 308
Astoria, NY 11106
cmulhollandesq@gmail.com

*Attorneys for Plaintiff*
*Sandra Uribe*