# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 19, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

      *Re:*    **Uribe v. Elahi LLC,** *et ano.*
             **Case No.: 1:24-cv-7182 (HG)**
             <u>**Joint Status Report**</u>

Dear Judge Gonzalez:

      This office represents the Defendants in the above-referenced case. Defendants write jointly with the Plaintiff to announce they are pleased to report this case has been settled in principle following a mediation conducted today.

      The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
        November 19, 2025           Respectfully submitted,

                                            **SAGE LEGAL LLC**

                                             */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        emanuel@sagelegal.nyc

                                        *Attorneys for Defendants*
                                        *Elahi LLC d/b/a Wise Drugs*
                                        *and Adnan Shahid*

**VIA ECF**
Colin Mulholland, Esq.
3636 33rd Street, Suite 308
Astoria, NY 11106
cmulhollandesq@gmail.com

*Attorneys for Plaintiff*
*Sandra Uribe*