# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

Decembe 18, 2025

Honorable Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Uribe v. Elahi LLC et al.  **24-cv-07182**

Your Honor,

The parties would jointly request an extension until January 27, 2025 to submit their Cheeks motion.  The parties are presently working on a draft Agreement, and due to the upcoming holiday, would respectfully request an extension of time to complete their proposed Agreement.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.