# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

December 30, 2025

Honorable Hector Gonzalez  
United States District Judge  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: Uribe v. Elahi LLC et al.  **24-cv-07182**

Your Honor,

Plaintiff with the consent of Defendants would respectfully request an extension until January 9, 2025 to submit their Cheeks motion and settlement agreement.

The parties have agreed upon all material terms and there is a proposed fully drafted settlement agreement which has been signed by the Defendants. Plaintiff Ms. Uribe requires further explanation both for Spanish translation and conceptual explanation of some proposed revisions offered by the Defendants.

There is also a proposed confession of judgment in circulation that requires notarization from Defendant Shahid; however, he is currently travelling for the holidays and will not be able to notarize his confession until his return.

Counsel for both sides apologize for the delay and would respectfully submit that the requested extension would ultimately lead to the most judicially efficient outcome in this particular case.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.