Privileged Settlement Communication

Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sandra Uribe | 2/11/18 | 12/30/18 | 46 | 52.5 | 0 | $ 22.00 | $ 33.00 | $ 13.00 | $ 19.50 | $ 1,292.50 | $ 1,155.00 | $ 137.50 | $ 6,325.00 | $ 6,325.00 | $ - |
| | 12/31/18 | 12/30/19 | 52 | 52.5 | 0 | $ 22.00 | $ 33.00 | $ 15.00 | $ 22.50 | $ 1,292.50 | $ 1,155.00 | $ 137.50 | $ 7,150.00 | $ 7,150.00 | $ - |
| | 12/31/19 | 3/20/20 | 11 | 52.5 | 0 | $ 22.00 | $ 33.00 | $ 15.00 | $ 22.50 | $ 1,292.50 | $ 1,155.00 | $ 137.50 | $ 1,512.50 | $ 1,512.50 | $ - |
| | 3/30/20 | 12/30/20 | 39 | 52.5 | 0 | $ 22.00 | $ 33.00 | $ 15.00 | $ 22.50 | $ 1,292.50 | $ 1,155.00 | $ 137.50 | $ 5,362.50 | $ 5,362.50 | $ - |
| | 12/31/20 | 11/15/21 | 46 | 52.5 | 0 | $ 22.00 | $ 33.00 | $ 15.00 | $ 22.50 | $ 1,292.50 | $ 1,155.00 | $ 137.50 | $ 6,325.00 | $ 6,325.00 | $ - |
| | 11/16/21 | 12/30/21 | 6 | 52.5 | 0 | $ 22.00 | $ 33.00 | $ 15.00 | $ 22.50 | $ 1,292.50 | $ 1,155.00 | $ 137.50 | $ 825.00 | $ 825.00 | $ - |
| | 12/31/21 | 12/30/22 | 52 | 52.5 | 0 | $ 22.00 | $ 33.00 | $ 15.00 | $ 22.50 | $ 1,292.50 | $ 1,155.00 | $ 137.50 | $ 7,150.00 | $ 7,150.00 | $ - |
| | 12/31/22 | 12/30/23 | 52 | 52.5 | 0 | $ 24.00 | $ 36.00 | $ 15.00 | $ 22.50 | $ 1,410.00 | $ 1,260.00 | $ 150.00 | $ 7,800.00 | $ 7,800.00 | $ - |
| | 12/31/23 | 2/29/24 | 9 | 47.5 | 0 | $ 24.00 | $ 36.00 | $ 15.00 | $ 22.50 | $ 1,230.00 | $ 1,140.00 | $ 90.00 | $ 810.00 | $ 810.00 | $ - |
| | | | | | | | | | | | | TOTAL: | $ 43,260.00 | $ 43,260.00 | $ - |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

Privileged Settlement Communication                                                                                                                    Subject to Revision / Correction

| Plaintiff | Pay Period From | To | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Late Payments Maximal | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|
| Sandra Uribe | 2/11/18 | 12/30/18 | $ - | $ 5,000.00 | $ 5,000.00 | $ 3,845.33 | $ - | $ - | $ 26,495.33 |
| | 12/31/18 | 12/30/19 | $ - | | | $ 3,740.42 | $ - | $ - | $ 18,040.42 |
| | 12/31/19 | 3/20/20 | $ - | | | $ 708.08 | $ - | $ - | $ 3,733.08 |
| | 3/30/20 | 12/30/20 | $ - | | | $ 2,262.53 | $ - | $ - | $ 12,987.53 |
| | 12/31/20 | 11/15/21 | $ - | | | $ 2,203.86 | $ - | $ - | $ 14,853.86 |
| | 11/16/21 | 12/30/21 | $ - | | | $ 250.34 | $ - | $ - | $ 1,900.34 |
| | 12/31/21 | 12/30/22 | $ - | | | $ 1,808.15 | $ - | $ - | $ 16,108.15 |
| | 12/31/22 | 12/30/23 | $ - | | | $ 1,270.53 | | | $ 16,870.53 |
| | 12/31/23 | 2/29/24 | $ - | | | $ 89.40 | | | $ 1,709.40 |
| | | | $ - | $ 5,000.00 | $ 5,000.00 | $ 16,178.63 | $ - | $ - | $ 112,698.63 |