# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

Uribe v. Elahi LLC et al.  **24-cv-07182**

Your Honor,

Please find below a statement of the time and expenses the undersigned put into this matter in support of Plaintiff's application to approve the settlement agreement presented to the Court.

| Date | Work | |
|---|---|---|
| 6/5/24 | Intake 1.2 | 1.2 |
| 8/5/24 | Draft of the complaint and review of client docs, research re ownership 2.3 | 2.3 |
| 8/9/24 | Edits to Complaint as per discussion with Sandra .8 | 0.8 |
| 10/11/24 | Finalize and file complaint 1.7 | 1.7 |
| 1/8/25 | Letter Re service .2 | 0.2 |
| 2/28/25 | Status report .2 | 0.2 |
| 4/21/25 | Lett Re Motion to Dismiss and proposed case management materials 1.9, | 1.9 |
| 5/5/25 | Call with client re witnesses and adnan, discovery demands and initial disclosures damage chart 1.4 | 1.4 |
| 5/6/25 | Amend Complaint and review motion 2.7 | 2.7 |
| 6/5/25 | Discussion with Sandra re: schedule and witnesses .7 | 0.7 |
| 6/12/25 | Discussion with Client re evidence .4 | 0.4 |
| 7/11/25 | Motion re discovery .3 | 0.3 |
| 11/12/25 | Mediation statement .5 | 0.5 |
| 11/19/25 | Mediation and prep with client 3.2 | 3.2 |
| 12/18/25 | Letter mot re Cheeks .2 | 0.2 |
| 12/22/25 | Agreement and confessions .3 | 0.3 |
| 12/30/25 | Translated Agreement .2 | 0.2 |
| 1/12/26 | Discussion with client re: terms .6 | 0.6 |
| 1/15/26 | Metting with client re agreement and execution .3 | 0.3 |
| 1/22/26 | Fairness .8 | 0.8 |

| | |
|---|---:|
| Total Hours | 19.9 |
| Best Rate: $375 | 7462.5 |
| Filing Fee | $405.00 |
| Mediation Fee | $300.00 |
| Service Fees | $225.00 |

| | |
|---|---:|
| Total Lodestar | 8392.5 |

    The undersigned thanks the Court for its attention to this matter.

Date: February 6, 2026

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019

# INVOICE

**METRO PROCESS SERVERS OF NY INC**

2917A 23 AVENUE, ASTORIA, NY 11105, UNITED STATES

SOPH@METROPROCESSNY.COM

**PAID**

**Invoice No#**: INVOICE 2024001369-70
**Invoice Date**: Dec 2, 2024
**Due Date**: Dec 2, 2024

**$0.00**
**AMOUNT DUE**

**BILL TO**
COLIN MULHOLLAND ESQ
COLIN MULHOLLAND
cmulhollandesq@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | EASTERN 24-CV-7182 CLP<br>ELAHI LLC D/B/A WISE DRUGS | 1 | $120.00 | $120.00 |
| 2 | EASTERN 24-CV-7182 CLP<br>ADNAN SHAHID | 1 | $105.00 | $105.00 |

|  |  |
|---|---|
| Subtotal | $225.00 |
| **TOTAL** | **$225.00 USD** |
| Amount paid | $225.00 |
| **AMOUNT DUE** | **$0.00 USD** |

Robert J. Kheel
140 Riverside Drive
New York, NY 10024

## Invoice

November 19, 2025

Robert J. Kheel

140 Riverside Drive

New York, NY 10024

To: Colin Mulholland, Esq and Emanuel Kataev, Esq

For Professional Services rendered as mediator in the matter of the mediation of **24-cv-07182-HG - Uribe v. Elahi LLC et al**

| | |
|---|---:|
| **Total Due** | **$600** |

Share of Fees owed and fully paid by each party

| | |
|---|---:|
| Plaintiff | $300 |
| Defendants | $300 |

robertkheel@outlook.com
212-799-0086  917685-0601

Robert J. Kheel
140 Riverside Drive
New York, NY 10024

robertkheel@outlook.com
212-799-0086  917685-0601